UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

UNITED STATES OF AMERICA    )
    )
        vs.    )    No.  3:09-CR-127(01) RM
    )
MARK FRIEDERSDORF    )

ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on January 11, 2010 [Doc. No. 28]. Accordingly, the court now ADOPTS those findings and recommendation, ACCEPTS defendant Mark Friedersdorf's plea of guilty, and FINDS the defendant guilty of Count 2 of the Indictment, in violation of 18 U.S.C. § 922(g)(3), 924(a)(2) and (2).

SO ORDERED.

ENTERED:  February 1, 2010

    /s/ Robert L. Miller, Jr.
Chief Judge
United States District Court